B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 12–24669**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Perla Tirado
  2802 S. Avers
  Chicago, IL 60623

Social Security / Individual Taxpayer ID No.:
  xxx–xx–8894

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                        FOR THE COURT

Dated: <u>October 16, 2012</u>              <u>Kenneth S. Gardner, Clerk</u>
                                        United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-24669-CAD
Perla Tirado                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1        User: admin           Page 1 of 2          Date Rcvd: Oct 16, 2012
                           Form ID: b18           Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2012.
db          +Perla Tirado,    2802 S. Avers,    Chicago, IL 60623-4540
19052741    +AES/Educaid,    1200 N. 7th St.,    Harrisburg, PA 17102-1419
19157292    +Access Group Inc DBAGPV4A.1,    ACS A Xerox Company,    501 Bleecker St,    Utica, NY 13501-2401
19052740     Acs/access Grp,    C/o Acs,    Utica, NY 13501
19052742    +Bank Of America,    Po Box 982238,    El Paso, TX 79998-2238
19074073    +Capital One Auto Finance Capital One NA,    Ascension Capital Group,
              Capital One Auto Finance Department,    P. O. Box 201347,    Arlington, TX 76006-1347
19052748    +Chase,    P.O. Box 659754,    San Antonio, TX 78265-9754
19052750    +Chela/Sallie Mae,    Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
19052755    +Key Bank,    Processing Center,    Des Moines, IA 50363-0001
19052756    +Laura Tirado,    2802 S Avers,    Chicago, IL 60623-4540
19052757    +O'Hare Aerospace Center, LLC,    9950 W. Laurence Avenue,    Schiller Park, IL 60176-1214
19052758    +Society Natl/pheaa,    Pob 2461,    Harrisburg, PA 17105-2461
19052759    +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,    Greenville, TX 75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19052743    +EDI: BANKAMER.COM Oct 17 2012 01:38:00     Bank of America,    PO Box 2240,    Brea, CA 92822-2240
19052744    +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Oct 17 2012 02:17:17
              Capital One Auto Finan,    3905 N Dallas Pkwy,    Plano, TX 75093-7892
19052745    +EDI: CAPITALONE.COM Oct 17 2012 01:38:00     Capital One, N.a.,    Capital One Bank (USA) N.A.,
              Po Box 30285,    Salt Lake City, UT 84130-0285
19052746    +EDI: CHASE.COM Oct 17 2012 01:38:00     Chase,    Po Box 15298,    Wilmington, DE 19850-5298
19052747    +EDI: CHASE.COM Oct 17 2012 01:38:00     Chase,    800 Brooksedge Blvd.,
              Westerville, OH 43081-2822
19052749     EDI: CHASE.COM Oct 17 2012 01:38:00     Chase Bank,    PO Box 260161,    Baton Rouge, LA 70826-0161
19052751    +EDI: CITICORP.COM Oct 17 2012 01:38:00     Citibank Sd, Na,    Attn: Centralized Bankruptcy,
              Po Box 20507,    Kansas City, MO 64195-0507
19052752    +EDI: DISCOVER.COM Oct 17 2012 01:38:00     Discover Fin,    Attention: Bankruptcy Department,
              Po Box 3025,    New Albany, OH 43054-3025
19052753    +EDI: RMSC.COM Oct 17 2012 01:38:00     Gecrb/amazon,    Po Box 981400,    El Paso, TX 79998-1400
19052754     EDI: IRS.COM Oct 17 2012 01:38:00     Internal Revenue Service,    Insolvency Division,
              PO Box 7346,    Philadelphia, PA 19101-7346
19052760    +EDI: WFNNB.COM Oct 17 2012 01:38:00     Wfnnb/an Tlr,    Attention: Bankruptcy,    Po Box 182686,
              Columbus, OH 43218-2686
                                                                              TOTAL: 11

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**


**Date: Oct 18, 2012**                        **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1              User: admin              Page 2 of 2              Date Rcvd: Oct 16, 2012
                                 Form ID: b18             Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2012 at the address(es) listed below:
        Alfredo J Garcia    on behalf of Debtor Perla Tirado notice@ledfordwu.com,
        courtnotice@ledfordwu.com;lwnotice@gmail.com
        Allan J DeMars    alland1023@aol.com
        Orlando  Velazquez    on behalf of Debtor Perla Tirado notice@ledfordwu.com,
        courtnotice@ledfordwu.com;lwnotice@gmail.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                               TOTAL: 4